IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3022 |
| vs. | |
| SEAN O'NEAL, | ORDER |
| Defendant. | |

Defendant has moved to continue the status conference scheduled for January 9, 2019 because his newly retained counsel needs additional time to adequately prepare and evaluate this case. The motion is unopposed. For the reasons stated in the motion, (Filing No. 39), the court finds it should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue the status conference, (Filing No. 39), is granted.

2) A status conference will be held before the undersigned magistrate judge at 11:00 a.m. (CST) on March 7, 2019 by telephone. All participants shall use the conferencing information provided by the court, (see Filing No. 13), to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference, and Defendant may also participate.

3) The court finds that the time between today's date and March 7, 2019 is excluded in any computation of time under the Speedy Trial Act because this case remains "unusual and complex," and is exempted from the time restrictions of that Act, 18 U.S.C. 3161(h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

January 8, 2019.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge