IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3022 |
| vs. | |
| SEAN O'NEAL, | ORDER |
| Defendant. | |

During the conference call held today, defense counsel explained that he is still locating and conferring with witnesses and reviewing the government's extensive document production. Defendant quests additional time to prepare for trial. The government requests a trial setting. Based on counsel's representation,

IT IS ORDERED:

1) Pretrial motions and briefs shall be filed on or before July 1, 2019.

3) Trial of this case is set to commence before the Honorable John M. Gerrard, Chief United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at **9:00 a.m.** on **August 5, 2019**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial.

4) The time between today's date and August 5, 2019 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

March 7, 2019.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge