IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3022 |
| vs. | |
| SEAN O'NEAL, | ORDER |
| Defendant. | |

Upon arraignment of the defendant on the Petition for Action on Conditions of Pretrial Release, (filing 54),

IT IS ORDERED:

1) A new trial date will not be set at this time. Instead, a status/detention hearing will be held before the undersigned magistrate judge at 11:30 a.m. on November 1, 2019 in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to discuss case progression and a potential trial setting. Defendant, defense counsel, and counsel for the government shall be present at the conference.

2) The court finds that the time between today's date and November 1, 2019 is excluded under the Speedy Trial Act because although counsel have been diligent, additional time is needed to adequately review this case and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

October 22, 2019.                    BY THE COURT:

                                     *s/ Cheryl R. Zwart*
                                     United States Magistrate Judge