IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18-CR-3022 |
| vs. | ORDER |
| SEAN O'NEAL, | |
| Defendant. | |

This matter is before the Court on correspondence from the defendant that the Court has filed as a motion for compassionate release (filing 106). For the reasons explained in the Court's Memorandum and Order of July 7, 2020 (filing 103) and Memorandum and Order of October 19, 2020 (filing 105),

IT IS ORDERED that the defendant's motion for compassionate release (filing 106) is denied.

Dated this 2nd day of February, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge