IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SEAN O'NEAL,<br><br>　　　　　　Defendant. | 4:18-CR-3022<br><br>ORDER |

IT IS ORDERED:

1. The Request for Transcript (filing 108) is granted.

2. The Clerk's Office shall mail a copy of this order to the party requesting the transcript.

3. The requestor shall be responsible for the cost of the transcript.

4. The requestor is directed to contact the court reporter to arrange for payment.[1]

Dated this 18th day of March, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge

---

[1] The Court reporter, Rogene S. Schroder, may be reached at (402) 661-7383 or roschrod79@yahoo.com.